IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

AMBER L. YBARRA                                                                                                  PLAINTIFF

v.                                              Case No. 4:23-cv-4046

LITTLE RIVER DETENTION CENTER;
GINA BUTLER, Jail Administrator; and
BOBBY WALRAVEN, Sheriff                                                                              DEFENDANTS

## ORDER

  Before the Court is a Report and Recommendation issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 13. After evaluating the 42 U.S.C. § 1983 claims in Plaintiff's *pro se* complaint for preservice screening pursuant to 28 U.S.C. § 1915A, Judge Comstock recommends that Plaintiff's Amended Complaint (ECF No. 7) be dismissed without prejudice for failing to state a claim against any Defendant.  Judge Comstock also recommends that the Clerk be directed to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration and that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith. Judge Comstock further recommends that Plaintiff's Motion for Relief from Order (ECF No. 12) be denied as moot.

  Plaintiff filed timely objections.  ECF No. 14.  However, Plaintiff's objections never address Judge Comstock's analysis or present any coherent arguments.  Instead, Plaintiff simply reasserts the claims from her complaint and makes conclusory statements that her constitutional rights were violated.  Accordingly, the Court reviews the instant Report and Recommendation for clear error instead of conducting a *de novo* review.  *See Griffini v. Mitchell*, 31 F.3d 690, 692 (8th

Cir. 1994) (noting that specific objections shift a court's review from one which scrutinizes for plain error to one in which the issues are reviewed *de novo*); *and see* 28 U.S.C. § 636(b)(1).

Upon review, finding that there is no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*. Plaintiff's Amended Complaint (ECF No. 7) is hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's Motion for Relief (ECF No. 12) is hereby **DENIED** as **MOOT**. The Clerk is hereby **directed** to place a 28 U.S.C. § 1915(g) strike flag on the case for future judicial consideration. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that any appeal from this dismissal will not be taken in good faith.

**IT IS SO ORDERED**, this 10th day of October, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge